UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY HERNANDEZ and CHRISTINA BURKHART-HERNANDEZ,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 15,<br><br>　　　　　　　　　　　　　Defendants. | Case No.:  16cv2508-DMS (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

　　　　In a notice of settlement dated September 5, 2017, Defendant informed the Court that the parties "have reached an agreement to settle the matters alleged in Plaintiffs' Complaint." ECF No. 11 at 1.  Because the case has settled, all other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

　　　　The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **December 5, 2017**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District

same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **December 5, 2017**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 12, 2017** at **9:30 a.m.** in **Courtroom 3A**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated: 9/5/2017

Hon. Barbara L. Major
United States Magistrate Judge

---

Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.